FILED
APRIL 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>KIRK ARTHELL SANDERSON,<br><br>    Defendant. | Case No. MAG. 13-00115-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KIRK ARTHELL SANDERSON, Case No. MAG. 13-00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____  Release on Personal Recognizance

✓  Bail Posted in the Sum of: $100,000.00

____  Co-Signed Unsecured Appearance Bond

____  Secured Appearance Bond

 X   (Other) Conditions as stated on the record.

____  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  4/15/2013  at 2:31 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge