CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Kirk Sanderson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13-mj-115 EFB |
| Plaintiff, | DEFENDANT KIRK SANDERSON'S REQUEST FOR EXTENSION OF TIME TO SUBMIT SECURED BOND DOCUMENTATION TO THE COURT |
| vs. | |
| KIRK SANDERSON, et al., | Date:    April 22, 2013 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jared Dolan, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant KIRK SANDERSON, that the deadline for the Defendant to submit secured bond paperwork to the Court be extended to April 29, 2013.

On April 15, 2013, the parties appeared before Judge Brennan to address Defendant KIRK SANDERSON'S custody status.  The court ordered Mr. Sanderson released on a $100,000 bond to be secured by a $50,000 bond posted against the Defendant's mother's and step-father's property in Vacaville, California, and the remaining $50,000.00 to be secured by a bond to be posted against any equity in the home of the Defendant's father and step-mother.  Mr. Sanderson was given until the close of business on April 22, 2013, to submit the appropriate paperwork to the court.

Notwithstanding Mr. Sanderson's and his family's diligent efforts to gather the necessary paperwork, they have been unable to complete the process, and will need the additional time requested to do so.

Mr. Sanderson's father, Charles Kirk, had scheduled an appraisal for this weekend, but unfortunately, the appraiser did not show up for the appointment.  He is completing the appraisal as soon as possible.  Likewise, Mr. Sanderson's mother, is also in the process of completing the appraisal of her home.

In communicating with the parties, it is believed that all necessary appraisals and recordings of title documents can be completed by Monday, April 29, 2013.

For the aforementioned reasons, the parties respectfully request the Court grant the requested extension of time for the Defendant to submit his secured bond paperwork to the Court.

DATED:      April 22, 2013                    /S/     Jared Dolan_____
                                              JARED DOLAN
                                              Attorney for Plaintiff


                                              /S/     Clemente M. Jiménez_____
                                              CLEMENTE M. JIMÉNEZ
                                              Attorney for Kirk Sanderson

**ORDER**

IT IS SO ORDERED, that the request for extension of time for the Defendant to submit secured bond paperwork to the court be granted.  The defendant shall submit all necessary paperwork to the Court by close of business on April 29, 2013.

This <u>22nd</u> day of April, 2013              <u>/s/ Carolyn K. Delaney</u>
                                                HON. Carolyn K. Delaney
                                                United States Magistrate Judge